AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

12427 Brittain Street, Hawaiian Gardens, California 90716

) Case No. 2:18-MJ-3072
)
)
)
)

**ORIGINAL**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Central___ District of ___California___
*(identify the person or describe the property to be searched and give its location):*
See Attachment A-3

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___14 days from the date of its issuance___
*(not to exceed 14 days)*

X in the daytime 6:00 a.m. to 10 p.m.       ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
       *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
       ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/19/2018 at 4 pm      _John E. McDermott_
                                              *Judge's signature*

City and state: Los Angeles, California       Hon. John McDermott, U.S. Magistrate Judge
                                              *Printed name and title*

AUSA: Julia S. Choe x6530

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:18-MJ-3072 | Date and time warrant executed: | Copy of warrant and inventory left with: David Aumentz |
|---|---|---|

Inventory made in the presence of: Brett Livingston

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See Attached

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 1/3/19

_____
Executing officer's signature

Willard Clubine US Postal Inspector
Printed name and title

AUSA: Julia S. Choe x6530

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: David Quinonez  
Date: 11-20-18  
Subject Address: 12427 Brittain St. Hawaiian Gardens, CA 90716  
Floor/Room No.: _____  
Inspector(s): Livingston / Claiborne  
Case No. 258332O-PMN

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____  
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 ✓ | LG cellphone s/n 605CYKJ152781 #A01524053 |
| 1 ✓ | Samsung cellphone FCC ID A3LSPHM270 #A01524054 |
| 1 ✓ | LG cellphone s/n 408CYJZ098388 #A01524057 |
| 1 ✓ | USPS Receipt (10/11/18) Sunflower Post Office Santa Ana |
| 1 ✓ | Samsung cellphone FCC ID A3LSMJ327T #A01524058 |
| 1 ✓ | LG cellphone s/n 708VTMU948363-2 #A01524060 |
| 1 ✓ | HP Laptop s/n 8CG629265J #A01524059 |
| 1 ✓ | Wells Fargo + Bank of America statements #A01524062 |
| 1 ✓ | 22 $100 bills USC -- $2,200 #A01524056 |
| 1 ✓ | iphone plus s/n F2CLVDYQ1JCM3 #A01524063 |

DISTRIBUTION OF COPIES: White–*U.S. Magistrate (Return with Warrant)*  
Yellow–*Inspector (Attach to PS Form 714)*  
Pink–*Subject Searched*